### AKIN *vs.* WOLF.

MOTION TO REINSTATE, FROM JASPER. Practice in Superior Court. Service. (Before Judge Lawson.)

Blandford, J.—A motion to set aside a judgment dismissing an appeal is directed to the legal discretion of the court. Where the court entertained such a motion and granted an order directed to the adverse party, requiring him to show cause at the next term of court why the motion should not be granted, and where no service was made, and at the next term the court, for that reason, dismissed the motion, there was no abuse of discretion in so doing.

Judgment affirmed.

J. H. Holland, by J. A. Billups, for plaintiff in error.

Calvin George, by brief, for defendant.